UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA ROSE HIRSCH,

                Plaintiff,

-against-

FRED S. KELLER SCHOOL,

                Defendant.

19-CV-11921 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff brings this *pro se* action, for which the filing fee has been paid.

The Clerk of Court is directed to issue a summons as to Defendant Fred. S. Keller School. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail the summons and an information package to Plaintiff.[1]

SO ORDERED.

Dated: Feb. 4, 2020
       White Plains, New York

                                          NELSON S. ROMÁN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case.